```
              Vermont Superior Court
              Washington Civil Division
                  65 State Street
                Montpelier, VT 05602
www.VermontJudiciary.org  -  Civil (802)828-2091,Small Claims (802)828-5551
```

ENTRY REGARDING MOTION               2020 OCT -5 P 1:41

Brochu vs. Name Unknown-Acting Warden et al           154-4-20 Wncv

FILED

USDC - DVT
2:21-cv-204

Title:

Motion to Dismiss,

No. 2

Filed on: September 4, 2020

Filed By: Lilienthal, Phillipa G., Attorney for:
          Defendant Name Unknown-Acting Commissioner

Response filed on 09/21/20 by Attorney Tredeau

   Response filed on 09/30/20 by Attorney Lilienthal

   Response filed on 09/30/20 by Attorney Tredeau


___ Granted     Compliance by_____

___ Denied

✓ Scheduled for hearing on: 11/9/20 at 2:00pm  Time Allotted 15 min.

___ Other

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

_____                    _____
       Judge                                     Date
==============================================================
Date copies sent to: 10-5-20             Clerk's Initials ___

Copies sent to:
   Attorney Emily B. Tredeau for Plaintiff Alfred Brochu 23603
   Attorney Phillipa G. Lilienthal for Defendant Name Unknown-Acting Commissioner
   Attorney Geoffrey J. Vitt for party 3 Co-counsel